# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

MICHAEL EUGENE HOSECLAW,

Defendant-Appellant.

UNPUBLISHED
February 28, 2017

No. 328354
Macomb Circuit Court
LC No. 2014-003953-FH

Before: JANSEN, P.J., and BECKERING and GADOLA, JJ.

BECKERING, J. (*concurring*).

I concur in result only.

/s/ Jane M. Beckering

-1-